IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEFFERSON RAY,

    Plaintiff,                                              Case No. 1:20-cv-00127-JMC-GJF

v.

NEW MEXICO STATE POLICE, and
OFFICER DANIEL CAPEHART, Individually,
    Defendants.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a) and in accordance with the MEMORANDUM OPINION AND ORDER filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case. Exercising its discretion, this Court converted Defendants' motions for judgment on the pleadings to motions for summary judgment. Accordingly,

    IT IS SO ORDERED that

1. the Court enters summary judgment in favor of Defendant Capehart and Defendant NMSP on all of Plaintiff's claims, and
2. the Court dismisses those claims with prejudice.

                                                    /s/ Joel M. Carson III
                                                    Joel M. Carson III
                                                    United States Circuit Judge
                                                    Sitting by Designation